UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| SAMUEL G. CARROLL, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:12-cv-0004-TAB-RLY |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Defendant. | ) | |

**AMENDED JUDGMENT**

The Court, having held oral argument and set forth its ruling on the record [Docket No. 41], enters judgment in favor of Plaintiff Samuel Carroll and against Defendant Michael Astrue. Accordingly, the decision of the Commissioner is reversed and remanded under sentence four of 42 U.S.C. § 405(g) for further consideration consistent with the Court's January 28, 2013, ruling.

DATED:

Copies to:

Lindsay C. Dunn
UNITED STATES ATTORNEY'S OFFICE
lindsay.dunn@usdoj.gov

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov

C. David Little
POWER LITTLE & LITTLE
powerlittl@accs.net